UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Herman Meisels, individually and on behalf of all others similarly situated,

          Plaintiff,

-against-

Sequium Asset Solutions, LLC,
          Defendant.

Docket No: 7:21-cv-01354-PMH

# [PROPOSED] JUDGMENT

DefendantSequium Asset Solutions, LLC having offered judgment against itself pursuant to FRCP 68 in the sum of either (a) five thousand ($5,000.00) dollars plus reasonable attorney's fees and taxabale costs incurred in this action prior to the expiration of this offer plus costs and attorney fees in an amount to be set by the court; or (b) in the amount of ten thousand ($10,000.00) dollars, and Plaintiff Herman Meisels, having accepted option (b) of said offer of judgment; it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff Herman Meisels recovers from Defendant Sequium Asset Solutions, LLC the sum of $10,000.00

By the Court,

_____
PHILIP M. HALPERN, USDJ

DATED: July 6, 2021